UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – –x
GOAT FASHION LIMITED,

        Plaintiff,                Civil No. 19-CV-11045-PAE

  -vs-

1661, INC.,

        Defendant.
– – – – – – – – – – – – – – – – – – – – – – – – – – – –x

March 18, 2020

By ECF

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

        Re:   *Joint Letter Pursuant to March 18, 2020 Conference Call*

Dear Judge Engelmayer:

Please accept this as the parties' joint letter pursuant to the Court's March 18, 2020 Conference Call regarding Plaintiff's Motion for a Preliminary Injunction.

On March 17, 2020, Plaintiff's counsel, Thomas A. Telesca, Esq. contacted the Court to discuss the logistics of seeking a Temporary Restraining Order (TRO) in connection with Plaintiff's Motion for a Preliminary Injunction. A conference call with the Court was scheduled and held this morning at 9:30 a.m. After discussing the application with the Court, the Court suggested, and the parties agreed, that Plaintiff would move for a preliminary injunction without seeking a TRO and that the parties will work together in good faith to develop a six (6) week briefing schedule for Plaintiff's motion, including discovery, if needed, with the understanding that the

Hon. Paul A. Engelmayer, U.S.D.J.
March 18, 2020
Page 2

briefing schedule may require adjustments in light of the COVID-19 pandemic. As such, the parties have agreed to the following deadlines:

1. Plaintiff shall file its moving papers on or before Monday, March 23, 2020;

2. The parties shall advise each other as to what mode(s) of discovery are requested, if any, within three (3) days of the filing date of Plaintiff's motion;

3. The parties shall work in good faith to facilitate the discovery requested;

4. Defendant shall file its opposition papers on or before April 24, 2020; and

5. Plaintiff shall file its reply papers on or before May 4, 2020.

In light of the unusual circumstances concerning the COVID-19 pandemic, Defendant agrees that any delay with respect to briefing Plaintiff's motion will not be held against Plaintiff.

Respectfully submitted,

Ruskin Moscou Faltischeck, P.C.                Ballard Spahr LLP

By: */s/ Thomas A. Telesca*                    By: */s/ Lynn E. Rzonca*
    Thomas A. Telesca                              Lynn E. Rzonca
    *Attorney for Plaintiff*                       *Attorney for Defendant*

Cc:    All counsel (by ECF)

SO ORDERED

*[signature: Paul A. Engelmayer]*
_____
HON. PAUL A. ENGELMAYER
U.S. DISTRICT COURT JUDGE

March 19, 2020