

Writer's Direct Dial:  (516) 663-6670
Writer's Direct Fax:  (516) 663-6870
Writer's E-Mail: ttelesca@rmfpc.com

May 27, 2020

<u>By ECF</u>

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:   *Goat Fashion Limited v. 1661, Inc.*
            <u>Docket No. 1:19-cv-11045-PAE</u>

Dear Judge Engelmayer:

      This office represents plaintiff, Goat Fashion Limited ("Plaintiff"), in the above-referenced action. We are writing pursuant to Section 6(B) of Your Honor's Individual Rules concerning redactions proposed for materials filed via ECF in connection with Plaintiff's Reply Memorandum in Further Support of Plaintiff's Motion for Preliminary Injunction and supporting declarations (Dkt Nos., 44, 45, 46, 47, 48, and 49).

      Specifically, Plaintiff seeks leave to file Exhibits 110 through 113 to the Declaration of Rebecca Wakeling Benning (Dkt. 47 – 1, 2, 3, and 4), and currently viewable on the docket, under seal based on Plaintiff's designation of such exhibits as Confidential pursuant to the parties' Stipulated Confidentiality Agreement and Protective Order, dated April 20, 2020 (Dkt. 24). Exhibits 110 through 113 contain commercially sensitive non-public information. We do not seek to file Ms. Wakeling Benning's declaration under seal.

      Plaintiff respectfully requests that the court maintain the unredacted copies under seal, pursuant to Section 6(B).



Hon. Paul A. Engelmayer, U.S.D.J.
May 27, 2020
Page 2

We thank Your Honor for his time and consideration of this request.

                Respectfully submitted,

                By: */s/ Thomas A. Telesca*
                Thomas A. Telesca
                *Attorney for Plaintiff*

Cc:    All counsel (by ECF)

    Granted.  The Clerk of Court is instructed to strike docket numbers 47-1, 47-2, 47-3, and 47-4 from the docket. Plaintiff is instructed to file these exhibits under seal electronically on ECF no later than June 2, 2020.

    SO ORDERED.

    _____
    PAUL A. ENGELMAYER
    United States District Judge

May 29, 2020