UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOAT FASHION LTD., <br><br> Plaintiff, <br> -v- <br><br> 1661, INC., <br><br> Defendant. | 19 Civ. 11045 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 13, 2020, defendant 1661, Inc. filed a notice of interlocutory appeal of the Court's preliminary injunction, Dkt. 94, and a motion to stay the preliminary injunction ordered by the Court pending a resolution of the appeal, Dkts. 95–97. The Court sets the following schedule on the motion to stay:

- Plaintiff's opposition to the motion is due October 20, 2020;
- Defendant's reply is due October 23, 2020.

The Court is particularly interested in plaintiff's responses to defendant's arguments regarding: (1) reverse confusion, and the extent to which searches on plaintiff's websites bear on the likelihood of confusion and irreparable harm analyses; and (2) whether the scope of the preliminary injunction as ordered should be narrowed. Following receipt of defendant's reply, the Court will determine whether to hold argument.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2020
New York, New York