UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOAT FASHION LTD., <br><br> Plaintiff, <br> -v- <br><br> 1661, INC., <br><br> Defendant. | 19 Civ. 11045 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The parties have jointly notified the Court that they have tentatively agreed to a pause of this litigation of 15 business days to provide them time to conclude settlement negotiations. The Court appreciates counsels' courtesy in providing the Court such notice, which the Court understands was given to avoid the Court's devoting resources to this matter while settlement was within reach, including on defendant's pending motion for a stay of the recently entered preliminary injunction. Consistent with counsels' request, the Court will defer work on this matter pending further word from counsel. The Court awaits the letter that it understands that counsel will soon submit, seeking an extension of pending deadlines.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: October 28, 2020
       New York, New York