UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOAT FASHION LIMITED,<br><br>        Plaintiff,<br>v.<br><br>1661, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 19-cv-11045-PAE<br><br>NOTICE OF STIPULATED DISMISSAL<br><br>FED. R. CIV. P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this lawsuit shall be dismissed in its entirety with prejudice and without costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. IT IS SO STIPULATED, through Counsel of Record.

DATED: November 25, 2020

*[signature]*
Thomas A. Telesca
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
516-663-6600
*ttelesca@rmfpc.com*
*Attorney for Plaintiff*

DATED: November 25, 2020

*[signature]*
Jennifer L. Barry (*pro hac vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
858-523-5400
*jennifer.barry@lw.com*
*Attorneys for Defendant*

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

November 30, 2020